**American Sales Book Company, appellee, v. Ira Barnett & Company, appellant. Gen. No. 24,361.**

Action to recover purchase price of goods sold. Judgment for

plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed January 27, 1919.

M. A. Milkewitch, for appellant. M. R. Adams, for appellee.

Mr. Justice Holdom delivered the opinion of the court.